Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Circle K Stores, Inc.,<br>*d.b.a.* Circle K Store #3361,<br><br>Defendant. | Civil Action No: 17-cv-01427-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**WITH PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 3rd day of October, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Ave, Ste 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and e-mailed the foregoing to:

Brian L. Bradford
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
3800 Howard Hughes Pkwy., Ste 1500
Las Vegas, NV 89169
Brian.bradford@ogletree.com
*Attorney for Defendant*